

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Paula Morris,                                    * From the 385th District Court
                                                    of Midland County,
                                                    Trial Court No. CV57069.

Vs. No. 11-25-00265-CV                           * October 9, 2025

City of Midland, Texas,                          * Memorandum Opinion by Bailey, C.J.
                                                    (Panel consists of: Bailey, C.J.,
                                                    Trotter, J., and Wright, S.C.J.,
                                                    sitting by assignment)
                                                    (Williams, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.